| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ambro, Thomas L. | U.S. Court of Appeals, 3rd Cir | 05/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

Federal Courthouse
844 N. King Street, Lock Box 32
Wilmington, DE 19801

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Thomas L. Ambro Revocable Trust |
| 2. | Member (Emeritus) | Georgetown University Alumni Admissions Program Board of Advisors |
| 3. | Member | Georgetown University Northern Delaware Alumni Admissions Program |
| 4. | Member | Board of Editors, Delaware Lawyer |
| 5. | Member | Executive Committee, National Bankruptcy Conference |
| 6. | Member (Emeritus) | TriBar Legal Opinion Committee |
| 7. | Member, Advisory Board | Penn Institute for Restructuring Studies |
| 8. | Member, Advisory Board | Working Group on Legal Opinions Foundation |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Georgetown University - teaching | $6,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Inns of Court | March 29-April 1, 2015 | Washington, DC | Speaker and Guide to UK Judicial Assistants | Transportation |
| 2. | Georgetown University | July 7-8, 2015 | Washington, DC | Teaching Class Preview | Transportation |
| 3. | Georgetown University | September 1-2. 2015 | Washington, DC | Teaching Class | Transportation |
| 4. | Georgetown University | September 14, 2015 | Washington, DC | Teaching Class | Transportation |
| 5. | American Bar Association | September 16-17, 2015 | Washington, DC | Section of Business Law CLE Program Panelist | Transportation, Lodging |
| 6. | Georgetown University | September 20-21, 2015 | Washington, DC | Teaching Class | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

| # | | Date | Location | Purpose | Items Paid or Provided |
|---|---|---|---|---|---|
| 7. | Georgetown University | September 25-28, 2015 | Washington, DC | Teaching Class | Transportation |
| 8. | Georgetown University | October 4-5, 2015 | Washington, DC | Teaching Class | Transportation |
| 9. | Georgetown University | October 8-9, 2015 | Washington, DC | Teaching Class | Transportation |
| 10. | American Inns of Court | October 23-25, 2015 | Washington, DC | Award Recipient Celebration of Excellence & Dinner | Transportation, Lodging |
| 11. | Georgetown University | October 25-26, 2015 | Washington, DC | Teaching Class | Transportation |
| 12. | Georgetown University | November 1-2, 2015 | Washington, DC | Teaching Class | Transportation |
| 13. | Georgetown University | November 9, 2015 | Washington, DC | Teaching Class | Transportation |
| 14. | Georgetown University | November 15-16, 2015 | Washington, DC | Teaching Class | Transportation |
| 15. | Georgetown University | November 22-23, 2015 | Washington, DC | Teaching Class | Transportation |
| 16. | Georgetown University | November 29-30, 2015 | Washington, DC | Teaching Class | Transportation |
| 17. | Georgetown University | December 4, 2015 | Washington, DC | Teaching Class | Transportation |
| 18. | Georgetown University | December 6-7, 2015 | Washington, DC | Teaching Class | Transportation |
| 19. | Georgetown University | December 10-11, 2015 | Washington, DC | Teaching Class | Transportation |
| 20. | Georgetown University | December 17-18, 2015 | Washington, DC | Teaching Class | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 133) | P1 |
| 2. | TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 133) | P1 |
| 3. | TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 133) | P1 |
| 4. | PNC Bank, N.A. | Non-Resourse Guaranty and Suretyship Agreement (Part VII, Line 134) | P1 |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M&T Bank Account | | None | K | T | | | | | |
| 2. M&T Bank Account | | None | J | T | | | | | |
| 3. Trust Account #6 (H) | | | | | | | | | |
| 4. - Harris Assoc Oakmark I | | | | | Buy (add'l) | 07/08/15 | L | | |
| 5. | | | | | Sold (part) | 09/25/15 | K | | |
| 6. - WF Advantage Municipal Money Market (Y) | | | | | | | | | |
| 7. - Bank Deposit Sweep (X) | | None | J | T | | | | | |
| 8. IRA Account #1 (H) | | | | | | | | | |
| 9. - First TR Emerging ET Markets Alphadex Fund | A | Dividend | | | Sold (part) | 01/09/15 | K | | |
| 10. | | | | | Sold (part) | 01/20/15 | J | | |
| 11. | | | | | Buy (add'l) | 02/03/15 | J | | |
| 12. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 13. | | | | | Sold (part) | 03/02/15 | J | | |
| 14. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 15. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 16. | | | | | Sold (part) | 06/01/15 | J | A | |
| 17. | | | | | Sold | 07/07/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - First TR Enhanced Short Maturity | A | Dividend | | | Sold (part) | 01/09/15 | J | | |
| 19. | | | | | Buy (add'l) | 02/03/15 | K | | |
| 20. | | | | | Buy (add'l) | 02/03/15 | K | | |
| 21. | | | | | Sold (part) | 03/02/15 | K | | |
| 22. | | | | | Sold (part) | 03/16/15 | J | | |
| 23. | | | | | Sold (part) | 05/26/15 | J | A | |
| 24. | | | | | Sold (part) | 06/01/15 | K | A | |
| 25. | | | | | Sold (part) | 06/29/15 | K | | |
| 26. | | | | | Sold | 07/07/15 | J | | |
| 27. - First TR Exchange ET Traded Alphadex FD II Eurozone ETF | | None | | | Sold (part) | 01/19/15 | K | | |
| 28. | | | | | Sold (part) | 01/20/15 | J | | |
| 29. | | | | | Sold | 02/02/15 | K | | |
| 30. - First Trust ET Financial Alphadex Fund | A | Dividend | | | Sold (part) | 01/09/15 | K | | |
| 31. | | | | | Sold (part) | 01/20/15 | J | | |
| 32. | | | | | Sold (part) | 01/21/15 | J | | |
| 33. | | | | | Buy (add'l) | 05/26/15 | K | | |
| 34. | | | | | Buy (add'l) | 06/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 06/29/15 | J | | |
| 36. | | | | | Sold | 07/07/15 | K | | |
| 37.   - First Trust Utilities Alphadex Fund | | None | | | Sold (part) | 01/09/15 | K | | |
| 38. | | | | | Sold (part) | 02/02/15 | J | | |
| 39. | | | | | Sold (part) | 02/17/15 | J | | |
| 40. | | | | | Sold | 02/18/15 | J | | |
| 41.   - First Trust Consumer Discretionary Alphadex Fund | A | Dividend | | | Sold (part) | 01/09/15 | K | | |
| 42. | | | | | Sold (part) | 01/20/15 | J | | |
| 43. | | | | | Sold (part) | 01/21/15 | J | | |
| 44. | | | | | Buy (add'l) | 03/02/15 | J | | |
| 45. | | | | | Buy (add'l) | 03/04/15 | J | | |
| 46. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 47. | | | | | Sold (part) | 06/29/15 | J | | |
| 48. | | | | | Sold | 07/07/15 | K | | |
| 49.   - First Trust Consumer ET Staples Alphadex Fund | | None | | | Sold (part) | 01/09/15 | K | C | |
| 50. | | | | | Buy (add'l) | 01/20/15 | J | | |
| 51. | | | | | Buy (add'l) | 01/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 02/02/15 | J | A | |
| 53. | | | | | Sold (part) | 02/17/15 | J | A | |
| 54. | | | | | Sold (part) | 03/02/15 | J | A | |
| 55. | | | | | Sold (part) | 03/16/15 | J | B | |
| 56. | | | | | Sold | 03/17/15 | J | A | |
| 57. - First Trust Technology ET Alphadex Fund | | None | | | Sold (part) | 01/09/15 | K | B | |
| 58. | | | | | Sold (part) | 02/02/15 | J | B | |
| 59. | | | | | Sold | 02/03/15 | J | A | |
| 60. - Pimco ETF TR Enhanced Short Term Maturity | A | Dividend | | | Buy | 02/17/15 | J | | |
| 61. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 62. | | | | | Sold (part) | 03/02/15 | K | | |
| 63. | | | | | Buy (add'l) | 03/16/15 | J | | |
| 64. | | | | | Buy (add'l) | 03/17/15 | K | | |
| 65. | | | | | Sold (part) | 03/30/15 | J | | |
| 66. | | | | | Sold | 05/26/15 | J | A | |
| 67. - First TR United Kingdom Alphadex Fund | A | Dividend | | | Buy | 03/02/15 | J | | |
| 68. | | | | | Sold (part) | 03/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 70. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 71. | | | | | Sold | 07/07/15 | J | | |
| 72.   - First TR Japan Alphadex Fund | A | Dividend | | | Buy | 03/02/15 | J | | |
| 73. | | | | | Sold (part) | 03/30/15 | J | A | |
| 74. | | | | | Sold (part) | 06/01/15 | J | A | |
| 75. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 76. | | | | | Sold | 07/07/15 | J | A | |
| 77.   - First TR Energy Alphadex Fund | A | Dividend | | | Buy | 03/30/15 | K | | |
| 78. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 79. | | | | | Sold | 07/07/15 | K | | |
| 80.   - First TR Switzerland ETF Alphadex FD | A | Dividend | | | Buy | 06/01/15 | J | | |
| 81. | | | | | Sold | 06/29/15 | J | | |
| 82.   - First TR Canada Alphadex Fund | A | Dividend | | | Buy | 06/01/15 | J | | |
| 83. | | | | | Sold | 06/29/15 | J | | |
| 84.   - First TR Health Care Alphadex Fund | | None | | | Buy | 06/29/15 | K | | |
| 85. | | | | | Sold | 07/07/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA Account #2 (H) | | | | | | | | | |
| 87. - Fairholme Fund | E | Dividend | L | T | | | | | |
| 88. - WHV International Equity FD CL | B | Dividend | K | T | | | | | |
| 89. - Dodge & Cox Intl Stock FD | B | Dividend | L | T | | | | | |
| 90. - Federated Strategic Value Dividend FD | D | Dividend | M | T | | | | | |
| 91. - Natixis fds TR I Oakmark Intl FD | B | Dividend | L | T | | | | | |
| 92. - Brandes Invt TR Instl Emerging Mkts FD | A | Dividend | K | T | | | | | |
| 93. - Matthews Asia Dividend FD | B | Dividend | K | T | | | | | |
| 94. - Primecap Odyssey FDS Aggressive Growth FD | C | Dividend | L | T | | | | | |
| 95. - Virtus Opportunities Trust | | None | | | Sold | 07/02/15 | K | | |
| 96. - Pimco Equity SER | A | Dividend | K | T | | | | | |
| 97. - Neuberger Berman Alternative FDS | A | Dividend | K | T | | | | | |
| 98. - Primecap Odyssey Growth | B | Dividend | M | T | Sold (part) | 01/09/15 | J | A | |
| 99. - Virtus Emerging Markets Opportunities Fund | A | Dividend | K | T | | | | | |
| 100. - JP Morgan TR I Strategic Inocme Opportunity | C | Dividend | L | T | | | | | |
| 101. - Nuveen Invt FDS Inc Real Asset Income FD | C | Dividend | K | T | Sold (part) | 04/10/15 | J | | |
| 102. - Pimco All Asset Fund Inst CL | A | Dividend | | | Sold | 07/02/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Arbitrage FD CL I | | None | | | Sold | 01/27/15 | K | A | |
| 104. - Dodge & Cox Stock FD | D | Dividend | M | T | | | | | |
| 105. - Dodge & Cox Income FD | C | Dividend | L | T | Buy (add'l) | 01/28/15 | K | | |
| 106. - Doubleline FDS TR Total Return BD FD | B | Dividend | L | T | | | | | |
| 107. - Harris Assoc Invt TR Oakmark Global Select FD | D | Dividend | L | T | Buy | 07/06/15 | L | | |
| 108. | | | | | Sold (part) | 07/10/15 | J | A | |
| 109. | | | | | Sold (part) | 10/09/15 | J | | |
| 110. Trust Account #12 (H) | | | | | | | | | |
| 111. - Fairholme Fund | D | Dividend | K | T | | | | | |
| 112. - WHV International Equity FD | | None | | | Sold | 01/20/15 | K | | |
| 113. -Federated Strategic Value Dividend Fund Instl | | None | | | Sold | 01/20/15 | L | C | |
| 114. - Brandes Invt TR Inst Emerging Mkts FD | | None | | | Sold | 01/20/15 | J | | |
| 115. - Dodge & Cox Intl Stock FD | A | Dividend | K | T | | | | | |
| 116. - Matthews Asia Dividend FD | A | Dividend | K | T | | | | | |
| 117. - Natixis FDS TR I Oakmark Intl FD CL A | | | | | Sold | 01/20/15 | K | B | |
| 118. - Primecap Odyssey FDS Aggressive Growth FD | B | Dividend | K | T | | | | | |
| 119. - Virtus Opportunities Trust | | None | | | Sold | 01/20/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Pimco Equity SER | | None | | | Sold | 01/20/15 | K | | |
| 121. - Neuberger Berman Alternative FDS | | None | | | Sold | 01/20/15 | K | | |
| 122. - Virtus Emerging Markets Opportunities FD | | None | | | Sold | 01/20/15 | J | | |
| 123. - Primecap Odyssey Growth | | None | | | Sold (part) | 01/09/15 | J | A | |
| 124. | | | | | Sold | 01/20/15 | L | B | |
| 125. -JP Morgan TR I Strategic Income Opportunity | | None | | | Sold | 01/20/15 | K | | |
| 126. - Nuveen Invt FDS Inc Real Asset Income | A | Dividend | | | Sold | 01/20/15 | K | | |
| 127. - Pimco All Asset Fund Instl CL | | None | | | Sold | 01/20/15 | K | | |
| 128. - Arbitrage FD | | None | | | Sold | 01/21/15 | K | A | |
| 129. - Dodge & Cox Stock Fund | C | Dividend | K | T | | | | | |
| 130. - Dodge & Cox Income Fund | | None | | | Sold | 01/20/15 | K | | |
| 131. - Doubleline FDS TR Total Return BD FD | | None | | | Sold | 01/20/15 | K | A | |
| 132. - Bank Deposit Sweep (x) | A | Interest | M | T | | | | | |
| 133. Springside, LLC (2000 - $300,000, 2012-$20,123) | E | Rent | P1 | W | | | | | |
| 134. Middletown Professional Properties, LLC, (2004 - $80,925) | E | Rent | O | W | | | | | |
| 135. Trust #15 (H) | | | | | | | | | |
| 136. - Johnson & Johnson | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Microsoft Corp | A | Dividend | K | T | | | | | |
| 138. - Range Resources Corp | A | Dividend | J | T | | | | | |
| 139. - Rex Energy Corp | | None | J | T | Buy (add'l) | 01/15/15 | J | | |
| 140. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 141. - Fairholme FDS Inc | A | Dividend | J | T | | | | | |
| 142. - Brown Cap Mgmt Mutual FDS Small Co Fund | A | Dividend | J | T | | | | | |
| 143. - Vanguard Specialized Portfolios Energy Port Investor | A | Dividend | K | T | Buy (add'l) | 01/05/15 | J | | |
| 144. | | | | | Buy (add'l) | 02/03/15 | J | | |
| 145. | | | | | Buy (add'l) | 03/03/15 | J | | |
| 146. | | | | | Buy (add'l) | 04/06/15 | J | | |
| 147. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 148. | | | | | Buy (add'l) | 06/03/15 | J | | |
| 149. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 150. - Medley Capital Corp | C | Dividend | K | T | | | | | |
| 151. - Pennantpark Investment Corp | C | Dividend | K | T | | | | | |
| 152. - Prospect Capital Corp | C | Dividend | K | T | | | | | |
| 153. - BP Plc Spons ADR | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - National Oil Well Varco Inc | A | Dividend | J | T | | | | | |
| 155. - Enterprise Products Partners | | None | J | T | | | | | |
| 156. - Plains GP Holdings LP | A | Dividend | J | T | | | | | |
| 157. - Weatherford International PLC | | None | J | T | | | | | |
| 158. - BHP Billiton LTF Spon ADR | B | Dividend | J | T | Buy | 02/04/15 | J | | |
| 159. - Cabot Oil & Gas | A | Dividend | J | T | Buy | 07/27/15 | J | | |
| 160. - Chesapeake Energy Corp | | None | J | T | Buy | 06/15/15 | K | | |
| 161. - Rio Tinto PLC Spon ADR | A | Dividend | J | T | Buy | 02/04/15 | J | | |
| 162. - South32 LTD Spon | | None | J | T | Buy | 05/29/15 | J | | |
| 163. - Natixis FDS TR II Vaughan Nelson Select FD CL Y | A | Dividend | K | T | Buy | 07/15/15 | K | | |
| 164. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 165. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 166. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 167. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 168. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 169. - Natixis Funds Trust II Vaughan Nelson Value Class Y | A | Dividend | J | T | Buy | 07/15/15 | J | | |
| 170. IRA #3 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. - Devon Energy Corp | A | Dividend | J | T | | | | | |
| 172. - Exxon Mobil Corp | B | Dividend | L | T | | | | | |
| 173. - Brown Cap Mgmt Mut FDS Small Co Fund Inv | C | Dividend | L | T | | | | | |
| 174. - Fairholme FDS Inc | C | Dividend | K | T | | | | | |
| 175. - Harris Assoc Invt TR Oakmark Global Select FD | D | Dividend | M | T | Buy (add'l) | 07/06/15 | L | | |
| 176. | | | | | Sold (part) | 12/22/15 | J | | |
| 177. - Professionally Manged Portfolio CL Instl Hodges Small Cap | A | Dividend | J | T | | | | | |
| 178. - Matthews Intl FD Asian Growth & Income FD | D | Dividend | L | T | Sold (part) | 11/17/15 | J | | |
| 179. | | | | | Sold (part) | 12/02/15 | J | | |
| 180. | | | | | Sold (part) | 12/22/15 | J | | |
| 181. - Virtus Opportunities Trust - Virtus Synamic Alphasector FD | | | | | Sold | 07/02/15 | L | | |
| 182. - Rex Energy Corp | | None | J | T | | | | | |
| 183. - Marine Harvest ASA Sponsored ADR | A | Dividend | K | T | | | | | |
| 184. - Knot Offshore Partners LP | | None | L | T | Buy | 11/19/15 | J | | |
| 185. | | | | | Buy (add'l) | 12/04/15 | J | | |
| 186. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 187. | | | | | Buy (add'l) | 12/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Vanguard Specialized Energy FD Admiral Shares | A | Dividend | J | T | Buy | 01/13/15 | J | | |
| 189. Trust #16 (H) | | | | | | | | | |
| 190. - Apollo Investment Corp | B | Dividend | J | T | | | | | |
| 191. - Blackrock Kelso Capital Corp | B | Dividend | K | T | | | | | |
| 192. - Prospect Capital Corp | C | Dividend | K | T | | | | | |
| 193. - Whitestone Reit | A | Dividend | | | Sold | 07/06/15 | K | | |
| 194. - American Capital Mortgage Investment Corp | A | Dividend | | | Sold | 07/06/15 | J | | |
| 195. - Fifth Street Finance Corp | C | Dividend | K | T | | | | | |
| 196. - Independence Realty TR Inc | A | Dividend | | | Sold | 07/06/15 | J | | |
| 197. - iShares Mortgage Real Estate | A | Dividend | | | Sold | 07/06/15 | J | | |
| 198. - Medley Capital Corp | D | Dividend | K | T | | | | | |
| 199. - Pennantpark Investment Corp | C | Dividend | K | T | | | | | |
| 200. - TICC Capital Corp | C | Dividend | K | T | | | | | |
| 201. - Proshares Trust Ultrashort S&P 500 | | None | | | Sold (part) | 01/22/15 | K | | |
| 202. | | | | | Sold | 07/06/15 | M | B | |
| 203. - CYS Investments Inc | B | Dividend | | | Sold | 07/06/15 | K | | |
| 204. - Sector SPDR TR Technology Select Sector | A | Dividend | | | Sold | 07/06/15 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Proshares Short S&P 500 | | None | | | Buy (add'l) | 01/14/15 | L | | |
| 206. | | | | | Sold (part) | 03/05/15 | K | | |
| 207. | | | | | Sold (part) | 05/26/15 | L | | |
| 208. | | | | | Sold | 06/24/15 | K | | |
| 209. - Two Harbors Invt Corp | A | Dividend | | | Sold | 07/06/15 | J | A | |
| 210. - iShares U.S. Telecommunications | A | Dividend | | | Sold | 07/06/15 | K | A | |
| 211. - iShares North Amiercan Tech-Multimedia Networking | A | Dividend | | | Sold | 07/06/15 | K | C | |
| 212. - Market Vectors Trust Semiconductor | | None | | | Sold | 07/06/15 | L | E | |
| 213. - Market Vectors Gold ETF Miners | | None | | | Sold | 07/06/15 | J | | |
| 214. - Financial Select Sector SPDR | A | Dividend | | | Sold | 07/06/15 | K | C | |
| 215. - Industrial Select Sector SPDR | A | Dividend | | | Sold | 07/06/15 | K | C | |
| 216. - Select Sector SPDR TR Consumer Staples | B | Dividend | | | Sold | 07/06/15 | L | D | |
| 217. - Select Sector SPDR FD Health Care | A | Dividend | | | Sold | 07/06/15 | K | D | |
| 218. - SPDR S&P Oil & Gas Equipment & Services | A | Dividend | | | Sold | 07/06/15 | J | | |
| 219. - Spider S&P Intl Telecom Sector | A | Dividend | | | Sold | 07/06/15 | K | | |
| 220. - Senior Housing Prop TR REIT | A | Dividend | | | Sold (part) | 01/14/15 | K | | |
| 221. | | | | | Sold | 07/06/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 37

Name of Person Reporting

Ambro, Thomas L.

Date of Report

05/13/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Proshares Trust Ultrashort QQQ New | | None | | | Sold (part) | 02/04/15 | K | | |
| 223. | | | | | Sold (part) | 04/06/15 | J | | |
| 224. | | | | | Sold (part) | 04/21/15 | K | | |
| 225. | | | | | Buy (add'l) | 05/26/15 | K | | |
| 226. | | | | | Sold | 06/24/15 | K | | |
| 227. - Invesco Mortgage Cap Inc | A | Dividend | | | Sold | 07/06/15 | J | | |
| 228. - Fifth Street Senior FLTG Rate Corp | A | Dividend | | | Sold | 07/06/15 | J | | |
| 229. - SPDR S&P International ETF | A | Dividend | | | Sold | 07/06/15 | K | | |
| 230. - SPDR Dow Jones INDL ETF | A | Dividend | | | Sold | 07/06/15 | J | | |
| 231. - Powershares FD TR II ETF CEF Incm Composite Port | C | Dividend | | | Sold | 07/06/15 | L | | |
| 232. - Proshares Trust Ultrashort 20+ Year | | None | | | Buy | 01/14/15 | J | | |
| 233. | | | | | Sold (part) | 02/04/15 | J | | |
| 234. | | | | | Buy (add'l) | 04/21/15 | J | | |
| 235. | | | | | Sold | 05/26/15 | K | | |
| 236. - Bank Deposit Sweep (X) | | None | J | T | | | | | |
| 237. Trust #17 (H) | | | | | | | | | |
| 238. - American Capital Mortgage Investment Corp | A | Dividend | | | Sold | 07/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. - Apollo Investment Corp | A | Dividend | | | Sold | 07/02/15 | J | | |
| 240. - Blackrock Kelso Capital Corp | A | Dividend | | | Sold | 07/02/15 | J | | |
| 241. - Fifth Street Finance Corp | A | Dividend | | | Sold | 07/02/15 | J | | |
| 242. - Independence Realty TR Inc | A | Dividend | | | Sold | 07/02/15 | J | | |
| 243. -iShares Mortgage Real Estate | A | Dividend | | | Sold | 07/02/15 | J | | |
| 244. - Medley Capital Corp | A | Dividend | | | Sold | 07/02/15 | J | | |
| 245. - Pennantpark Investment Corp | A | Dividend | | | Sold | 07/02/15 | J | | |
| 246. - Proshares Short S&P 500 | | None | | | Buy (add'l) | 01/14/15 | J | | |
| 247. | | | | | Sold (part) | 03/05/15 | J | | |
| 248. | | | | | Sold (part) | 05/26/15 | J | | |
| 249. | | | | | Sold | 06/24/15 | J | | |
| 250. - Proshares Trust Ultrashort 20+ Year Treasury | | None | | | Buy (add'l) | 01/14/15 | J | | |
| 251. | | | | | Sold (part) | 02/04/15 | J | | |
| 252. | | | | | Sold | 05/26/15 | J | A | |
| 253. - Prospect Capital Corp | A | Dividend | | | Sold | 07/02/15 | J | | |
| 254. - SPDR S&P International EF Dividend | A | Dividend | | | Sold | 07/02/15 | J | | |
| 255. - TICC Capital Corp | A | Dividend | | | Sold | 07/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  - Two Harbors Invt Corp | A | Dividend | | | Sold | 07/02/15 | J | A | |
| 257.  - Whitestone REIT | A | Dividend | | | Sold | 07/05/15 | J | | |
| 258.  - CYS Investments Inc | A | Dividend | | | Sold | 07/02/15 | J | | |
| 259.  - Sector SPDR TR Technology Select Sector | A | Dividend | | | Sold | 07/02/15 | J | A | |
| 260.  - Proshares Trust Ultrashort QQQ | | None | | | Sold (part) | 01/14/15 | J | | |
| 261. | | | | | Sold (part) | 02/04/15 | J | | |
| 262. | | | | | Sold (part) | 04/21/15 | J | | |
| 263. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 264. | | | | | Sold | 06/24/15 | J | | |
| 265.  - iShares U.S. Telecommunications | A | Dividend | | | Sold | 07/02/15 | J | A | |
| 266.  - iShares North American Tech-Multimedia Networking | A | Dividend | | | Sold | 07/02/15 | J | A | |
| 267.  - Market Vectors Trust ETF Semiconductor | | None | | | Sold | 07/02/15 | J | B | |
| 268.  - Market Vectors Trust Gold ETF Miners | | None | | | Sold | 07/02/15 | J | | |
| 269.  - Financial Select Sector SPDR | A | Dividend | | | Sold | 07/02/15 | J | A | |
| 270.  - Industrial Select Sector SPDR | A | Dividend | | | Sold | 07/02/15 | J | A | |
| 271.  - Select Sector SPDR TR Consumer Staples | A | Dividend | | | Sold | 07/02/15 | J | B | |
| 272.  - Select Sector SPDR FD Health Care | A | Dividend | | | Sold | 07/02/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - SPDR S&P Oil & Gas ETF Equipment & Services | A | Dividend | | | Sold | 07/02/15 | J | | |
| 274. - Spider S&P Intl Telecomm Sector | A | Dividend | | | Sold | 07/02/15 | J | | |
| 275. - Senior Housing Prop TR REIT | A | Dividend | | | Sold | 07/02/15 | J | | |
| 276. - Invesco Mortgage Cap Inc | A | Dividend | | | Sold | 07/02/15 | J | | |
| 277. - Fifth Street Senior FLTG Rate Corp | A | Dividend | | | Sold | 07/02/15 | J | | |
| 278. - SPDR Dow Jones Indl ETF | A | Dividend | | | Sold | 07/02/15 | J | | |
| 279. - Powershares FD TR II ETF CEF Incm Composite | A | Dividend | | | Sold | 07/02/15 | J | | |
| 280. - Proshares Trust Ultrashort S&P 500 New | | None | | | Buy | 02/04/15 | J | | |
| 281. | | | | | Buy (add'l) | 03/05/15 | J | | |
| 282. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 283. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 284. | | | | | Sold | 07/02/15 | K | A | |
| 285. IRA #5 (H) | | | | | | | | | |
| 286. - First Trust Financial Alphadex Fund | A | Dividend | | | Sold (part) | 01/20/15 | L | | |
| 287. | | | | | Sold (part) | 01/21/15 | K | | |
| 288. | | | | | Buy (add'l) | 05/26/15 | M | | |
| 289. | | | | | Buy (add'l) | 06/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 06/29/15 | J | | |
| 291. | | | | | Sold | 07/08/15 | M | | |
| 292. - First Trust Technoloty ETF Alphadex Fund | | None | | | Buy (add'l) | 01/21/15 | K | | |
| 293. | | | | | Sold | 02/03/15 | M | D | |
| 294. - First TR Emerging Markets Alphadex Fund | B | Dividend | | | Buy (add'l) | 02/03/15 | J | | |
| 295. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 296. | | | | | Sold (part) | 03/02/15 | J | | |
| 297. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 298. | | | | | Sold (part) | 06/01/15 | L | A | |
| 299. | | | | | Buy (add'l) | 06/29/15 | L | | |
| 300. | | | | | Sold | 07/08/15 | M | | |
| 301. - First Trust Consumer Staples Alphadex Fund | | None | | | Buy (add'l) | 01/20/15 | L | | |
| 302. | | | | | Buy (add'l) | 01/21/15 | K | | |
| 303. | | | | | Sold (part) | 02/03/15 | J | A | |
| 304. | | | | | Sold (part) | 02/17/15 | J | A | |
| 305. | | | | | Sold (part) | 03/02/15 | J | A | |
| 306. | | | | | Sold (part) | 03/16/15 | M | D | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 03/17/15 | L | C | |
| 308.  - First Trust Utilities Alphadex Fund | | None | | | Buy (add'l) | 01/20/15 | K | | |
| 309. | | | | | Sold (part) | 02/03/15 | J | | |
| 310. | | | | | Sold (part) | 02/17/15 | L | | |
| 311. | | | | | Sold | 02/18/15 | L | | |
| 312.  - First Trust Consumer Discretionary Alphadex Fund | A | Dividend | | | Sold (part) | 01/20/15 | L | | |
| 313. | | | | | Sold (part) | 01/21/15 | K | | |
| 314. | | | | | Buy (add'l) | 03/02/15 | L | | |
| 315. | | | | | Buy (add'l) | 03/04/15 | L | | |
| 316. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 317. | | | | | Sold (part) | 06/29/15 | J | | |
| 318. | | | | | Sold | 07/08/15 | M | | |
| 319.  - First TR Switzerland Alphadex Fund | A | Dividend | | | Buy | 06/01/15 | L | | |
| 320. | | | | | Sold | 06/29/15 | L | | |
| 321.  - First TR United Kingdom Alphadex Fund | A | Dividend | | | Buy | 03/02/15 | L | | |
| 322. | | | | | Sold (part) | 11/30/15 | L | | |
| 323. | | | | | Buy (add'l) | 06/01/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 06/29/15 | K | | |
| 325. | | | | | Sold | 07/08/15 | L | | |
| 326.  - First TR Exchange Traded Alphadex Eurozone | | None | | | Sold (part) | 01/20/15 | J | | |
| 327. | | | | | Sold | 02/03/15 | M | | |
| 328.  - First TR Enhanced Short Maturity FD | A | Dividend | | | Buy (add'l) | 01/20/15 | L | | |
| 329. | | | | | Buy (add'l) | 01/21/15 | L | | |
| 330. | | | | | Buy (add'l) | 02/03/15 | N | | |
| 331. | | | | | Sold (part) | 03/02/15 | M | | |
| 332. | | | | | Sold (part) | 03/16/15 | J | A | |
| 333. | | | | | Sold (part) | 05/26/15 | L | A | |
| 334. | | | | | Sold (part) | 06/01/15 | M | A | |
| 335. | | | | | Sold (part) | 06/29/15 | M | | |
| 336. | | | | | Sold | 07/08/15 | K | | |
| 337.  - Newpark Resources Inc Conv SR | A | Dividend | K | T | Buy | 07/13/15 | K | | |
| 338.  - M/I Homes Inc Conv SR | | None | K | T | Buy | 12/03/15 | K | | |
| 339.  - Helix Energy Solutions Conv SR | A | Dividend | K | T | Buy | 07/10/15 | K | | |
| 340.  - Redwood TR Inc Conv SR | A | Dividend | K | T | Buy | 07/10/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - Broadsoft Inc Conv SR | | None | K | T | Buy | 07/20/15 | K | | |
| 342. - Blackstone Mortgage TR Conv SR | A | Dividend | K | T | Buy | 07/15/15 | K | | |
| 343. - Finisar Corp Conv SR | A | Dividend | K | T | Buy | 07/10/15 | K | | |
| 344. - KB Home Conv SR | A | Dividend | K | T | Buy | 07/10/15 | K | | |
| 345. - Apollo Commrl Real Esate FI Conv SR | A | Dividend | K | T | Buy | 07/10/15 | K | | |
| 346. | | | | | Buy (add'l) | 07/29/15 | J | | |
| 347. - Ryland Group Conv Senior notes | A | Dividend | K | T | Buy | 07/10/15 | K | | |
| 348. - New Mountain Finance Cor Conv SR | A | Dividend | K | T | Buy | 07/10/15 | K | | |
| 349. - Hornbeck Offshore Serv Conv SR | A | Dividend | K | T | Buy | 07/10/15 | K | | |
| 350. - ANI Pharmaceuticals Inc Con SR | A | Dividend | K | T | Buy | 11/11/15 | K | | |
| 351. - TPG Speciality Lending In Con SR | A | Dividend | K | T | Buy | 07/10/15 | K | | |
| 352. - Evestnet Inc Conv | A | Dividend | K | T | Buy | 07/29/15 | K | | |
| 353. - TCP Capital Corp Conv SR | A | Dividend | K | T | Buy | 07/15/15 | K | | |
| 354. - Resource Capital Corp Conv SR | | None | K | T | Buy | 07/13/15 | K | | |
| 355. - Echo Global Logistics Conv SR | A | Dividend | K | T | Buy | 07/10/15 | K | | |
| 356. | | | | | Buy (add'l) | 12/04/15 | J | | |
| 357. - Pennymac Corp Conv SR | A | Dividend | K | T | Buy | 07/10/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - Sandisk Corp Conv SR | A | Dividend | K | T | Buy | 07/10/15 | K | | |
| 359. - Seacor Holdings Inc Conv SR | A | Dividend | K | T | Buy | 07/10/15 | K | | |
| 360. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 361. - Colony Capital Inc Con SR | | None | K | T | Buy | 07/10/15 | K | | |
| 362. - Goldman Sachs Group | | None | J | T | Buy | 07/10/15 | K | | |
| 363. - Encore Capital Grp Inc Conv | A | Dividend | K | T | Buy | 07/15/15 | K | | |
| 364. - National Health Investor Conv SR | A | Dividend | K | T | Buy | 07/10/15 | K | | |
| 365. - Sunpower Corp Conv SR | A | Dividend | K | T | Buy | 09/18/15 | K | | |
| 366. - J2 Global Communications Conv SR | A | Dividend | K | T | Buy | 07/15/15 | K | | |
| 367. - Atlas Air Worldwind Hldg Conv SR | A | Dividend | K | T | Buy | 07/10/15 | K | | |
| 368. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 369. - UBS AG London Conv SR Callable Bond | | None | K | T | Buy | 07/10/15 | K | | |
| 370. - Barclays Bank PLC Convertible Notes LKD To CMN STK Intl | | None | K | T | Buy | 07/10/15 | K | | |
| 371. - Barclays Bank PLC Conv Medium Term Notes Conv Lnkd to Bacr | | None | K | T | Buy | 07/10/15 | K | | |
| 372. - Barclays Bank PLC Medium Term Notes CPN | | None | | | Buy | 07/10/15 | K | | |
| 373. | | | | | Sold | 09/18/15 | K | | |
| 374. - Pimco ETF Trust Enhanced Short Maturity FD | A | Dividend | | | Buy | 02/18/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 03/02/15 | M | | |
| 376. | | | | | Buy | 03/16/15 | L | | |
| 377. | | | | | Buy (add'l) | 03/17/15 | M | | |
| 378. | | | | | Sold (part) | 03/30/15 | L | A | |
| 379. | | | | | Sold | 05/26/15 | L | A | |
| 380. - First Trust Japan Alphadex FD | A | Dividend | | | Buy | 03/02/15 | L | | |
| 381. | | | | | Sold (part) | 03/30/15 | J | A | |
| 382. | | | | | Buy (add'l) | 06/29/15 | K | | |
| 383. | | | | | Sold (part) | 06/01/15 | K | B | |
| 384. | | | | | Sold | 07/08/15 | L | | |
| 385. - First Trust Energy ETF Alphadex Fund | A | Dividend | | | Buy | 03/30/15 | M | | |
| 386. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 387. | | | | | Sold | 07/08/15 | M | | |
| 388. - First Trust Canada Alphadex Fund | A | Dividend | | | Buy | 06/01/15 | L | | |
| 389. | | | | | Sold | 06/29/15 | L | | |
| 390. - First Trust Health Career TF Alphadex FD | | None | | | Buy | 06/29/15 | M | | |
| 391. | | | | | Sold | 07/08/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392.  - Acorda Therapeutics Inc Conv SR | | None | | | Buy | 07/14/15 | K | | |
| 393. | | | | | Sold | 11/17/15 | K | B | |
| 394.  - Royal Gold Inc Conv SR | | None | | | Buy | 07/28/15 | K | | |
| 395. | | | | | Sold | 11/09/15 | K | | |
| 396.  PMC Family LLC | A | Rent | M | W | | | | | |
| 397.  The Sequoia Fund | B | Dividend | K | T | Buy (add'l) | 01/02/15 | J | | |
| 398. | | | | | Buy (add'l) | 02/02/15 | J | | |
| 399. | | | | | Buy (add'l) | 03/02/15 | J | | |
| 400. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 401. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 402. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 403. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 404. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 405. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 406. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 407. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 408. | | | | | Buy (add'l) | 11/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 12/01/15 | J | | |
| 410. Trust #18 (H) | | | | | | | | | |
| 411. - Bank Deposit Sweep | A | Interest | J | T | Open | 07/15/15 | O | | |
| 412. - Gwinnett Cnty GA WRT & SWR Auth Rev CPN | | None | L | T | Buy | 08/24/15 | L | | |
| 413. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 414. - Mc Kinney TX RFDG C/O LTD | B | Interest | L | T | Buy | 07/28/15 | L | | |
| 415. - West Wilson Util Dist TN WTR WKS Rev | A | Interest | L | T | Buy | 07/29/15 | L | | |
| 416. - Montana ST BRD Regents High Ed Rev | A | Interest | K | T | Buy | 07/24/15 | K | | |
| 417. - West VA ST 1991 and Subsequent Maturities RFDG | B | Interest | K | T | Buy | 08/24/15 | L | | |
| 418. - Ocean Cnty NJ RFDG SER A G/O Unl TD | | None | L | T | Buy | 08/07/15 | L | | |
| 419. - Port Seattle WA REV RFDG Inter Ser a | A | Interest | K | T | Buy | 07/28/15 | K | | |
| 420. - Metropolitan Transn Auth NY Rev | A | Interest | L | T | Buy | 07/24/15 | L | | |
| 421. - New York NY City Transtnl Fln Auth Bldg Aid Rev | | None | K | T | Buy | 08/20/15 | K | | |
| 422. - New Mexico Fin Auth Rev SR Lien Pub Proj Rvlvng FD Ser C | B | Interest | L | T | Buy | 07/30/15 | L | | |
| 423. - New York ST Envmntl Facs Corp Rev ST Ser D | | None | L | T | Buy | 08/06/15 | L | | |
| 424. - Central Puget Sound WA Regl Tran Auth Sales & Use Tax Rev | A | Interest | L | T | Buy | 08/05/15 | L | | |
| 425. - New York ST Dorm Uth Revs Non ST Supported Debt CPN | | None | L | T | Buy | 08/07/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - Idaho Hlth Facs Suth Rev Trinity Health CR Grp | A | Interest | K | T | Buy | 08/04/15 | K | | |
| 427. Trust #19 (H) | | | | | | | | | |
| 428. - Bank Deposit Sweep | | None | J | T | Open | 07/15/15 | M | | |
| 429. -First TR Global Tactical Commodity Strategy FD | | None | J | T | Buy | 07/22/15 | J | | |
| 430. | | | | | Sold (part) | 08/07/15 | J | | |
| 431. - iShares Russell 1000 Value FD | A | Dividend | J | T | Buy | 07/22/15 | J | | |
| 432. - iShares Core S&P 500 Index FD | A | Dividend | K | T | Buy | 07/22/15 | K | | |
| 433. | | | | | Buy (add'l) | 08/07/15 | J | | |
| 434. - SPDR S&P Intl Small Cap | A | Dividend | J | T | Buy | 07/22/15 | J | | |
| 435. - Vanguard FTSE Developed Markets ETF | A | Dividend | K | T | Buy | 07/22/15 | K | | |
| 436. | | | | | Sold (part) | 08/07/15 | J | | |
| 437. - Vanguard INTL Equity Index FDS FTSE Emerging MKTS | A | Dividend | J | T | Buy | 07/22/15 | J | | |
| 438. | | | | | Buy (add'l) | 08/07/15 | J | | |
| 439. - Vanguard Mid Cap | A | Dividend | K | T | Buy | 07/22/15 | K | | |
| 440. - Vanguard REIT | A | Dividend | J | T | Buy | 07/22/15 | J | | |
| 441. - Vanguard Small Cap Value VBR | A | Dividend | J | T | Buy | 07/22/15 | J | | |
| 442. - Vanguard Small Cap VB | A | Dividend | K | T | Buy | 07/22/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - Vanguard Total Bond Market BND | A | Dividend | J | T | Buy | 07/22/15 | J | | |
| 444. IRA #6 (H) | | | | | | | | | |
| 445. - Invesco Global Real Estate | A | Dividend | K | T | Buy | 07/20/15 | J | | |
| 446. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 447. - Deutsche Secs TR Enhanced commodity Strat FD Instl Class | | None | J | T | Buy | 12/16/15 | J | | |
| 448. - Columbia Select Large Cap Growth Fund CL Z | B | Dividend | K | T | Buy | 07/20/15 | K | | |
| 449. | | | | | Sold (part) | 08/04/15 | J | | |
| 450. - Eaton Vance Mutual FDS Trust Global Macro Abslt Return Advtg FD | A | Dividend | J | T | Buy | 07/20/15 | K | | |
| 451. | | | | | Sold (part) | 08/04/15 | J | | |
| 452. - Goldman Sachs TR Finl Square Treas Instrs FD Inst CL | | None | J | T | Buy | 07/20/15 | J | | |
| 453. - John Hancock FDS II Global Absolute Return Strategies FD CL I | B | Dividend | K | T | Buy | 07/20/15 | K | | |
| 454. - Hotchkis & Wiley FDS Mid Cap Value FD CL I | B | Dividend | K | T | Buy | 07/20/15 | K | | |
| 455. - John Hancock Funds II Absolute Return Currency FD CL I | | None | J | T | Buy | 07/20/15 | J | | |
| 456. | | | | | Sold (part) | 08/04/15 | J | A | |
| 457. - Aberdeen Total Return Bnd Fund CL I | A | Dividend | K | T | Buy | 07/20/15 | K | | |
| 458. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 459. - MFS Ser TR 1 Value FD | B | Dividend | K | T | Buy | 07/20/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 08/04/15 | J | | |
| 461. - MFS Ser TR X Emerging Mkts Debt FD CL I | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 462. - JP Morgan TR I US Large Cap Core Plus FD SEL CL | C | Dividend | K | T | Buy | 07/20/15 | K | | |
| 463. | | | | | Sold (part) | 08/04/15 | J | | |
| 464. - Neuberger Berman Alternative FDs Long Short FD Instl CL | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 465. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 466. - American Europacific Growth FU CL F2 | A | Dividend | K | T | Buy | 07/20/15 | K | | |
| 467. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 468. - Investment Managers SER TR Oak Ridge Small CP Growth FD CL I | A | Dividend | K | T | Buy | 07/20/15 | K | | |
| 469. | | | | | Sold (part) | 07/15/15 | J | | |
| 470. - Oppenheimer Dev Mkts CL Y | A | Dividend | K | T | Buy | 07/20/15 | K | | |
| 471. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 472. - Oppenhiemer Intl BD FD CL Y | A | Dividend | J | T | Buy | 07/20/15 | J | | |
| 473. - Principal FDS Inc High Yield FD Instl CL | A | Dividend | K | T | Buy | 07/20/15 | J | | |
| 474. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 475. - Victory Sycamore Small Co Oppty FD CL I | A | Dividend | J | T | Buy | 07/20/15 | J | | |
| 476. - Arbitrage FD CL I | | None | | | Buy | 01/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 37

**Name of Person Reporting**

Ambro, Thomas L.

**Date of Report**

05/13/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. | | | | | Sold | 01/27/15 | J | A | |
| 478. - Brandes Invt TR Instl Emerging Mkts FD | A | Dividend | | | Buy | 01/15/15 | J | | |
| 479. | | | | | Sold | 07/15/15 | J | | |
| 480. - Dodge & Cox STK FD | B | Dividend | | | Buy | 01/15/15 | K | | |
| 481. | | | | | Sold | 07/15/15 | K | B | |
| 482. - Dodge & Cox Income FD | A | Dividend | | | Buy | 01/15/15 | J | | |
| 483. | | | | | Buy (add'l) | 01/28/15 | J | | |
| 484. | | | | | Sold | 07/15/15 | J | | |
| 485. - Dodge & Cox FDS Intl STK FD | | None | | | Buy | 01/15/15 | J | | |
| 486. | | | | | Sold | 07/15/15 | J | A | |
| 487. - Federated Equity FDS Strategic Value Dividend FD Instl | A | Dividend | | | Buy | 01/15/15 | K | | |
| 488. | | | | | Sold | 07/15/15 | K | A | |
| 489. - Harris Assoc Invt TR Oakmark Select FD CL I | | None | | | Buy | 01/15/15 | J | | |
| 490. | | | | | Sold | 07/15/15 | J | A | |
| 491. - JP Morgan TR I Strategic Income Oppty Sel CL | A | Dividend | | | Buy | 01/15/15 | J | | |
| 492. | | | | | Sold | 07/15/15 | J | | |
| 493. - Matthews Intl FD Asian Growth & Income FD Investor Class | A | Dividend | | | Buy | 01/15/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 34 of 37

**Name of Person Reporting**

Ambro, Thomas L.

**Date of Report**

05/13/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. | | | | | Sold | 07/15/15 | J | A | |
| 495.  - Natixis FDS TR I Oakmark Intl FD | A | Dividend | | | Buy | 01/15/15 | J | | |
| 496. | | | | | Sold | 07/15/15 | J | A | |
| 497.  - Nuveen Invt FDS Inc Real Asset Income FD CL I | A | Dividend | | | Buy | 01/15/15 | J | | |
| 498. | | | | | Sold | 07/15/15 | J | | |
| 499.  - WHV International Equity FD CL I | | None | | | Buy | 01/15/15 | J | | |
| 500. | | | | | Sold | 07/15/15 | J | A | |
| 501.  - Virtus Emerging Markets Opportunities FND CL I | | None | | | Buy | 01/15/15 | J | | |
| 502. | | | | | Sold | 07/15/15 | J | A | |
| 503.  - Pimco Equity SER EQS Long/Short FD CL P | | None | | | Buy | 01/15/15 | J | | |
| 504. | | | | | Sold | 07/15/15 | J | A | |
| 505.  - Pimco All Asset FND Inst CL I | A | Dividend | | | Buy | 01/15/15 | J | | |
| 506. | | | | | Sold | 07/15/15 | J | | |
| 507.  - Primecap Odyssey Growth | | None | | | Buy | 01/15/15 | K | | |
| 508. | | | | | Sold | 07/15/15 | K | B | |
| 509.  - Vanguard Specialized Portfolios Energy Port Investor CL | | None | | | Buy | 01/15/15 | J | | |
| 510. | | | | | Sold | 07/15/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. - Virtus Opportunities Trust Dynamic Alphasector FD CL I | | None | | | Buy | 01/15/15 | J | | |
| 512. | | | | | Sold | 07/15/15 | J | A | |
| 513. - Doubleline FDS TR Total Return BD FD | A | Dividend | | | Buy | 01/16/15 | J | | |
| 514. | | | | | Sold | 07/15/15 | J | | |
| 515. - Pimco FDS Pac Invt Mgmt SER Commodiy Real Return Strat FD Instl CL | A | Dividend | | | Buy | 07/20/15 | J | | |
| 516. | | | | | Sold | 12/15/15 | J | | |
| 517. - Pimco FDS PAC Invt Mgmt SER Diversified Income FD Instl CL | A | Dividend | | | Buy | 07/20/15 | K | | |
| 518. | | | | | Sold | 08/04/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Asset listed in Part VII, Line 134, has rental income from property located in Middletown, DE.  This asset was purchased in 2004 for $80,925.

Asset listed in Part VII, Line 133, has rental income from property located in Newark, DE.

Asset listed in Part VII, Line 396, has rental income from property located in New Castle County, DE.

Assets listed in Part VII, lines 245, 585 of the prior year report, should have been listed as Sold not Sold (part).  The assets were completely sold in 2014.

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/13/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Thomas L. Ambro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544